**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FILED
Oct 14 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Jose Francisco Sanchez Duran, Plaintiff,**

**vs.**

United States Citizenship and Immigration Services (USCIS), Todd Blanche, Attorney General of the United States, Joseph B. Edlow, Director of USCIS, Markwayne Mullin, Secretary of the Department of Homeland Security, Loren K Miller, Director for the Nebraska Service Center of USCIS, Craig H. Missakain, United States Attorney for the Northern District of California, Defendants

**Case No.: CV26 09965 KAW**

**MOTION TO DISMISS; ORDER**

**Plaintiff, Jose Francisco Sanchez Duran,** hereby moves to dismiss this case in light of the fact that the United States Citizenship and Immigration Services (USCIS) has approved his I-821D application for Consideration of Deferred Action for Childhood Arrivals and I-765 Application for Employment Authorization, rendering the matter moot.

**In support of this motion, Plaintiff states as follows:**

1. Plaintiff filed a Petition for Writ of Mandamus to compel USCIS to adjudicate his I-821D and I-765 application due to an unreasonable delay.
2. USCIS has since approved Plaintiff's I-821D and I-765 applications, resolving the issue that led to the filing of this case.

3. As the relief sought has been granted, there is no longer a need for the court's intervention.
4. Therefore, Plaintiff respectfully requests that this Honorable Court dismiss this case as moot.

**Respectfully submitted,**



Jose Francisco Sanchez Duran

**3050 Del Hombre Ln.**
**APT 306**
**Walnut Creek, CA 94597**

**Email: jose_sanchez24504@yahoo.com**

**Cell: (530) 400-9836**

**Date:** October 9, 2026

